**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL SALAS,                          )          CASE NO. CV 12-09918 VAP (RZ)
                                       )
                   Petitioner,         )
                                       )          JUDGMENT
        vs.                            )
                                       )
GLEN LEWIS, WARDEN,                    )
                                       )
                   Respondent.         )
_____      )

        This matter came before the Court on the Petition of RAFAEL SALAS, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.


        DATED:  January 13, 2015

                                        _____
                                        VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE